■ In the Matter of MARIA NEGRON as Mother and Natural Guardian of JONATHAN COURET, an Infant, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent. [691 NYS2d 770] —Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered March 26, 1998, denying petitioner's application to file a late notice of claim, unanimously affirmed, without costs.

The IAS Court properly denied petitioner's application to file a late notice of claim because the six-year delay in applying for such relief was not substantially attributable to the infancy of petitioner's son and has prejudiced respondent's ability to investigate the claim and, ultimately, to defend an action premised thereon. Contrary to petitioner's contention, the medical records in respondent's possession did not afford it timely notice of the facts constituting the claim (*see, Leonetti v Das*, 256 AD2d 128). Concur—Nardelli, J. P., Williams, Tom, Wallach and Andrias, JJ.

■ TUFF & RUMBLE MANAGEMENT, INC., Respondent, v LANDMARK DISTRIBUTORS, INC., Defendant. HY SHORE, Nonparty Appellant. [692 NYS2d 337] —Resettled order, Supreme Court, New York County (Beatrice Shainswit, J.), entered December 5, 1997, which granted plaintiff's motion to hold nonparty outgoing attorney Shore in contempt of court for failing to turn over client files pursuant to court order, unanimously affirmed, with costs.

The IAS Court had jurisdiction to issue the subject resettled order holding nonparty outgoing attorney Shore in contempt of court for failing to turn over client files in accordance with a prior order of the same court and Justice, since the original order holding Shore in contempt for such conduct was validly entered prior to the termination of the litigation in which the flouted turnover order was issued. The resettled contempt order did not vary from the original contempt order in any presently relevant way. Concur—Nardelli, J. P., Williams, Tom, Wallach and Andrias, JJ.